

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00457-CV

**IN THE INTEREST OF L.R.**., et al children,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02347
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

      The court reporter responsible for preparing the reporter's record for this appeal has filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing.  It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included.  *See* TEX. R. APP. P. 34.6(b)(1).  The reporter's record must be filed no later than twenty days after the date appellant's written proof is filed with this court.

_Catherine Stone_
Catherine Stone, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court